SONIA R. MARTIN (Bar No. 191148)
sonia.martin@dentons.com
EMILY S. NOZICK (Bar No. 201050)
emily.nozick@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: (415) 882 5000
Facsimile: (415) 882 0300

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY

RICHARD A. SIPOS (Bar No. 126982)
rsipos@wendel.com
ROBIN L. THORNTON (Bar No. 255736)
rthornton@wendel.com
FENNEMORE.WENDEL
1850 Mt. Diablo Blvd., Suite 340
Walnut Creek, CA 94596
Telephone: (510) 834-6600
Facsimile: (510) 834-1928

Attorneys for Plaintiffs
TODD FITCH AND KRISTIN D. FITCH,
TRUSTEES OF THE TODD FITCH AND
KRISTIN D. FITCH REVOCABLE
TRUST DATED SEPTEMBER 2, 2004

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| TODD FITCH AND KRISTIN D. FITCH, TRUSTEES OF THE TODD FITCH AND KRISTIN D. FITCH REVOCABLE TRUST DATED SEPTEMBER 2, 2004,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 4:22-cv-03590-DMR<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE AND ORDER (AS MODIFIED)** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, the parties filed a Stipulation and Proposed Order Selecting ADR Process on October 21, 2022, in which the parties agreed to private mediation with the mediator, Mark LeHocky, Esq. The parties agreed to participate in a mutual exchange of

documentation at least 90 days prior to the mediation, which, the parties noted, may require motion practice in advance of the mediation. The parties agreed to a mediation deadline of February 21, 2023;

WHEREAS this Court issued an Order on October 24, 2022, granting the Stipulation selecting private ADR with Mark LeHocky, Esq. with a completion deadline of February 21, 2023 [Docket 22];

WHEREAS, on October 24, 2022, Nationwide served a request for production of documents on the plaintiffs, with a responsive date of November 23, 2022;

WHEREAS the plaintiffs requested, and Nationwide agreed, to extend the time to respond to the request for production of documents for two weeks, and then an additional week;

WHEREAS, the parties have now agreed to pursue direct settlement discussions in the hopes of resolving their dispute pursuant to a Confidentiality Agreement;

WHEREAS, the parties have agreed that, to save time and expense, litigation efforts should be stayed during their settlement discussions, including suspending the production of documents and the Court-ordered scheduling of the mediation with Mark LeHocky;

WHEREAS, if the parties' do not reach a resolution within 60 days of entering a Confidentiality Agreement, plaintiffs will need an additional 30 days to assemble the requested documents and Nationwide will need 90 days after receipt of the documents to analyze the documents and prepare for mediation;

WHEREAS, the parties respectfully request a 150-day continuance of the mediation date to July 21, 2023.

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612
(415) 882 5000

Case No. 4:22-cv-03590-DMR

- 2 -
STIPULATION TO CONTINUE MEDIATION DEADLINE AND ORDER (AS MODIFIED)

US_ACTIVE\122891354\V-2

**IT IS SO STIPULATED.**

                                                        Respectfully submitted,

Dated: January 11, 2023              FENNEMORE.WENDEL

                                              By:   */s/ Robin Thornton*
                                                        ROBIN THORNTON

Attorneys for Plaintiffs
TODD FITCH AND KRISTIN D. FITCH, TRUSTEES OF THE TODD FITCH AND KRISTIN D. FITCH REVOCABLE TRUST DATED SEPTEMBER 2, 2004

Dated: January 11, 2023              DENTONS US LLP

                                              By:   */s/ Emily Nozick*
                                                         EMILY NOZICK

Attorneys for Defendant NATIONWIDE MUTUAL INSURANCE COMPANY

### **FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: January 11, 2023              By  */s/ Emily Nozick*
                                                        EMILY NOZICK

STIPULATION TO CONTINUE MEDIATION DEADLINE AND ORDER (AS MODIFIED)

US_ACTIVE\122891354\V-2

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612
(415) 882 5000

**ORDER (AS MODIFIED)**

Pursuant to the above stipulation, the Court hereby continues the mediation deadline to July 21, 2023.

IT IS FURTHER ORDERED that the Further Case Management Conference set for January 18, 2023 is vacated and continued to **May 17, 2023 at 1:30 p.m.** in Oakland, Videoconference only.  Parties shall file an updated joint case management conference statement by May 10, 2023.

**IT IS SO ORDERED AS MODIFIED**.

Dated:  January 12, 2023

By _____
DONNA M. RYU
United States Magistrate Judge

